

NUMBER 13-11-00296-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JERRY RAY MERCER

### On Petition for Writ of Mandamus and
### Motion for Emergency Stay/Relief.

# MEMORANDUM OPINION

### Before Justices Garza, Vela and Perkes
### Memorandum Opinion Per Curiam

Relator, Jerry Ray Mercer, has filed a petition for writ of mandamus alleging that the Honorable Randy M. Clapp, presiding judge of the 329th Judicial District Court of Wharton County, Texas, abused his discretion by rendering an order on April 27, 2011, granting in part a motion to compel filed by real party in interest, Maxim Production Co., Inc., and requiring relator to produce his tax returns for the years 2004, 2005, 2006, 2007, and 2008. Relator has also filed a "Motion for Emergency Stay/Relief" in which he asks that this Court impose a stay on the underlying proceedings, trial court cause number

44,438.

Having reviewed and fully considered relator's petition and motion, this Court is of the opinion that relator has not shown himself entitled to the relief requested and that the petition and motion should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency stay are DENIED.

PER CURIAM

Delivered and filed the
10th day of May, 2011.